COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone: 201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**"*DOCUMENT ELECTRONICALLY FILED*"**

| | |
|---|---|
| CHARLES J. GALLIC, Derivatively on Behalf of MEDAREX, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL A. APPELBAUM, et al.,<br><br>             Defendants,<br><br>– and –<br><br>MEDAREX, INC.,<br><br>          Nominal Defendant. | No. 3:06-cv-05523-FLW-TJB<br><br>NOTICE OF MOTION TO CONSOLIDATE AND TO APPOINT PETER G. BEIDLER LEAD PLAINTIFF AND APPOINT LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP LEAD COUNSEL, ETC.<br><br>DATE:    March 19, 2007<br>TIME:    9:00 a.m. |

[Caption continued on following page.]

| | |
|---|---|
| JACK FRIEMAN, et al., Derivatively on Behalf of MEDAREX, INC., | ) No. 3:06-cv-05531-FLW-TJB<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| MICHAEL A. APPELBAUM, et al., | )<br>) |
| Defendants, | )<br>) |
| – and – | )<br>) |
| MEDAREX, INC., | )<br>) |
| Nominal Defendant. | )<br>) |
| PETER G. BEIDLER, Derivatively on Behalf of MEDAREX, INC., | ) No. 3:07-cv-00516-FLW-TJB<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| IRWIN LERNER, et al., | )<br>) |
| Defendants, | )<br>) |
| – and – | )<br>) |
| MEDAREX, INC., a New Jersey corporation, | )<br>)<br>) |
| Nominal Defendant. | )<br>) |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on March 19, 2007 at 9:00 a.m., or as soon thereafter as the matter may be heard, the undersigned counsel for plaintiff Peter G. Beidler ("Beidler") will before this Court for an order: (i) consolidating all pending

- 1 -

and subsequently-filed derivative stock option backdating actions on behalf of nominal party Medarex, Inc. ("Medarex" or the "Company"); and (ii) appointing Beidler Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") Lead Counsel and Cohn Lifland Pearlman Hermann & Knopf LLP ("Cohn Lifland") Liaison Counsel. Beidler's Motion is supported by the Declaration of Peter S. Pearlman in Support of Motion to Consolidate and to Appoint Peter G. Beidler Lead Plaintiff and Appoint Lerach Coughlin Stoia Geller Rudman & Robbins LLP Lead Counsel ("Pearlman Decl."), and the Memorandum of Points and Authorities filed concurrently herewith.

DATED: February 14, 2007

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN

*/s/ Peter S. Pearlman*
PETER S. PEARLMAN

Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

[Proposed] Lead Counsel for Plaintiffs

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)

Additional Counsel for Plaintiff