**KANTROWITZ, GOLDHAMER & GRAIFMAN**
Gary S. Graifman, Esq.
210 Summit Avenue
Montvale, New Jersey 07645
Tel:   (201) 391-7000
Fax:   (201) 307-1086

*Proposed Liaison Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES J. GALLIC, Derivatively on Behalf of MEDAREX, INC., <br><br> Plaintiff, <br> v. <br><br> MICHAEL A. APPELBAUM, RANDALL T. CURNOW, YASHWANT M. DEO, DONALD L. DRAKEMAN, LISA N. DRAKEMAN, PATRICIA M. DANZON, IRWIN LERNER, NILS LONBERG, W. BRADFORD MIDDLEKAUFF, RONALD J. SALDARINI, CHRISTIAN S. SCHADE, CHARLES R. SCHALLER and JULIUS A. VIDA, <br><br> Defendants, <br><br> and <br><br> MEDAREX, INC., <br><br> Nominal Defendant. | **Document Filed Electronically** <br><br> Civil Action No. 06-cv-5523 (FLW) (TJB) |

(Additional Captions Follow)

**PLAINTIFFS CHARLES J. GALLIC AND JACK AND MARILYN FRIEMAN'S: (1) CROSS MOTION TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFFS AND CO-LEAD AND LIAISON COUNSEL; AND (2) OPPOSITION TO THE MOTION TO CONSOLIDATE AND APPOINT PETER G. BEIDLER LEAD PLAINTIFF AND APPOINT LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP LEAD COUNSEL**

| | |
|---|---|
| JACK FRIEMAN and MARILYN FRIEMAN, Derivatively on Behalf of MEDAREX, INC., <br><br>              Plaintiff, <br>  v. <br><br>MICHAEL A. APPELBAUM, RANDALL T. CURNOW, YASHWANT M. DEO, DONALD L. DRAKEMAN, LISA N. DRAKEMAN, PATRICIA M. DANZON, IRWIN LERNER, NILS LONBERG, W. BRADFORD MIDDLEKAUFF, RONALD J. SALDARINI, CHRISTIAN S. SCHADE, CHARLES R. SCHALLER and JULIUS A. VIDA, <br><br>              Defendants, <br><br>and <br><br>MEDAREX, INC., <br><br>              Nominal Defendant. | Civil Action No. 06-cv-5531 (FLW) (TJB) |

| | |
|---|---|
| Peter G. Beidler, Derivatively on Behalf of MEDAREX, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>IRWIN LERNER, DONALD L. DRAKEMAN, CHRISTIAN S. SCHADE, RONALD J. SALDARINI, NILS LONBERG, W. BRADFORD MIDDLEKAUFF, CHARLES R. SCHALLER, PATRICIA M. DANZON, JULIUS A. VIDA, MICHAEL A. APPELBAUM, ROBERT C. DINERSTEIN, and ABHIJEET J. LELE, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>MEDAREX, INC., )<br>)<br>Nominal Defendant. ) | Civil Action No. 06-cv-0516 (FLW) (TJB) |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on March 19, 2007 at 10:00 a.m., or as soon thereafter as the matter may be heard, proposed lead plaintiffs Charles J. Gallic, Jack Frieman and Marilyn Frieman ("Movants") shall cross move this Court before Honorable Freda L. Wolfson, Courtroom 5E, Clarkson S. Fisher Federal Building, 402 E. State Street, Trenton, New Jersey for an order: (i) consolidating all pending and subsequently-filed derivative stock option backdating actions on behalf of nominal party Medarex, Inc.; (ii) appointing Movants Lead Plaintiffs; and (iii) appointing Stull, Stull & Brody and Weiss & Lurie Co-Lead Counsel and Kantrowitz, Goldhamer & Graifman, as Liaison Counsel.

The motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Aaron L. Brody filed herewith, the pleadings and other files herein, and such other written or oral argument as may be permitted by the Court.

DATED: March 5, 2007

Respectfully submitted,

   s/ *Gary S. Graifman*
Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN**
210 Summit Avenue
Montvale, New Jersey 07645
Tel: (201) 391-7000
Fax: (201) 307-1086

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
James E. Lahm
6 East 45th Street
New York, New York 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

1

                              **WEISS & LURIE**
                              Joseph H. Weiss
                              Richard A. Acocelli
                              551 Fifth Avenue
                              Suite 1600
                              New York, New York 10176
                              Tel:    (212) 682-3025
                              Fax:    (212) 682-3010

                              *Proposed Lead Counsel for Plaintiffs*