UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**KANTROWITZ, GOLDHAMER & GRAIFMAN**
Gary S. Graifman, Esq.
210 Summit Avenue
Montvale, New Jersey 07645
Tel:   (201) 391-7000
Fax:   (201) 307-1086

*Liaison Counsel for Plaintiffs*

| | |
|---|---|
| IN RE MEDAREX, INC. DERIVATIVE LITIGATION | REQUEST FOR JUDICIAL NOTICE<br><br>Civil Action No. 06-cv-5523 (FLW) (TJB) |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs respectfully request that the Court take judicial notice of certain documents cited in Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss. Each of these documents is either a Securities and Exchange Commission ("SEC") filing, or is publicly available on nominal defendant Medarex, Inc.'s ("Medarex" or the "Company") website.

**I.   REQUEST FOR JUDICIAL NOTICE**

"Under Rule 201(d) of the Federal Rules of Evidence, a district court must take judicial notice 'if requested by a party and supplied with the necessary information.'" *In re NAHC, Inc., Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002) (quoting Federal Rules of Evidence, Rule 201(d)). In making this determination, Rule 201(b) permits a district court to take judicial notice of facts that are "not subject to reasonable dispute in that [they are] either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready

determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rules of Evidence, Rule 201(b); *NAHC*, 306 F.3d at 1331. Under this standard, the Third Circuit has held that courts may take judicial notice of documents filed with SEC, as well as other "undisputably authentic document[s]." *Pension Benefit Guar. Corp. v. White Consol. Indus.*, 998 F.2d 1192, 1196 (3d Cir. 1993); *NAHC*, 306 F.3d at 1331; *Oran v. Stafford*, 226 F.3d 275, 289 (3d Cir. 2000). Accordingly, Plaintiffs request that the Court take judicial notice of the following documents:

1. Medarex, Inc.'s Audit Committee Charter, attached hereto as Exhibit "A".
2. Medarex, Inc.'s April 19, 2007 Annual Proxy Statement, attached hereto as Exhibit "B".
3. Medarex, Inc.'s April 9, 2004 Annual Proxy Statement, attached hereto as Exhibit "C".
4. Medarex, Inc.'s April 8, 2005 Annual Proxy Statement, attached hereto as Exhibit "D".
5. Medarex, Inc.'s April 10, 2006 Annual Proxy Statement, attached hereto as Exhibit "E".

Each of the aforementioned Proxy Statements was filed with the SEC, and the Audit Committee Charter is publicly accessible on the "Investor Relations" portion of the Company's website. Given that there can be no doubt as to the authenticity of these documents, judicial notice is appropriate. *See Pollstar v. Gigmania Ltd.*, 170 F. Supp.2d 974, 978 (E.D. Cal. 2000) (taking judicial notice of website printout).

## **CONCLUSION**

Based on the foregoing, Plaintiffs respectfully request that the Court take judicial notice of the aforementioned documents.

Dated: February 19, 2008

Respectfully submitted,

By: ___s/ Gary S. Graifman_____
Gary S. Graifman
Kantrowitz, Goldhamer & Graifman
210 Summit Avenue
Montvale, NJ 07645
Telephone: (201) 391-7000
Facsimile: (201) 307-1088

*Liaison Counsel for Plaintiffs*

Jules Brody
Aaron Brody
James E. Lahm (JL-4335)
Stull, Stull, & Brody
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

Joseph H. Weiss
Joseph D. Cohen
Weiss & Lurie
551 Fifth Avenue
Suite 1600
New York, NY 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

Patrice L. Bishop
Stull, Stull, & Brody
10940 Wilshire Boulevard
Los Angeles, CA 90024
Telephone: (310) 209-2468
Facsimile: (310) 209-2087

Travis E. Downs
Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Co-Lead Counsel for Plaintiffs*

Robert B. Weiser
Brett D. Stecker
The Weiser Law Firm, P.C.
121 N. Wayne Avenue
Suite 100
Wayne, PA 19087
Telephone: (610) 225-2677
Facsimile: (610) 225-2678

*Other Plaintiffs' Counsel*