UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
: No. 3:06-cv-05523-FLW-TJB
:
IN RE MEDAREX, INC. DERIVATIVE  : **STIPULATION AND**
: **[PROPOSED] ORDER**
LITIGATION                      : **OF VOLUNTARY**
: **DISMISSAL WITH**
: **PREJUDICE**
---------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER
## OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, in addition to the above-captioned derivative action (the "Federal Action"), companion derivative actions captioned *Halegoua v. Appelbaum, et al.*, No. C-73-06 (N.J. Super. Ct., Chancery Div., Mercer County) and *Blevins v. Appelbaum, et al.*, No. C-76-06 (N.J. Super. Ct., Chancery Div., Mercer County), which were later consolidated and re-styled *In re Medarex Derivative Litigation*, Consolidated Case No. C-26-08 (N.J. Super. Ct., Chancery Div., Mercer County), were filed in the Superior Court of New Jersey (the "State Court") (the "State Actions" and collectively with the "Federal Action", the "Actions");

WHEREAS, the parties to the Actions entered into a Stipulation of Settlement, amended by the Amended Stipulation of Settlement, copies of which are attached hereto as Exhibits "A" and B, respectively, as a collective settlement (the "Settlement") of all claims and issues in both the Federal Action and State Actions;

WHEREAS, a Joint Motion for Preliminary Approval of Proposed Settlement and supporting papers were filed with the State Court on August 29, 2008;

WHEREAS, on November 18, 2008, the State Court approved the substantive terms of the Settlement and entered a final judgment;

WHEREAS, under the terms of the Settlement and final judgment entered by the State Court, all of the claims that have been or could have been asserted in the Federal Action have been settled and released, rendering the Federal Action moot;

NOW, THEREFORE, it is hereby stipulated and agreed that in accordance with the terms of the Settlement, the Federal Action is dismissed with prejudice and without costs to any party.

Dated: November 25, 2008

/s/ Gary S. Graifman
Gary S. Graifman, Esq. (GSG-2276)
KANTROWITZ, GOLDHAMER & GRAIFMAN
210 Summit Avenue
Montvale, NJ 07645
Telephone: (201) 391-7000
Facsimile: (201) 307-1088

*Liaison Counsel for Plaintiffs*

Jules Brody
Aaron Brody
James E. Lahm (JL-4335)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

Patrice L. Bishop
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Telephone: (310) 209-2468
Facsimile: (310) 209-2087

Joseph H. Weiss
Joseph D. Cohen
WEISS & LURIE
551 Fifth Avenue

Suite 1600
New York, NY 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

Peter S. Pearlman
COHN, LIFLAND, PEARLMAN,
HERRMANN & KNOPF, LLP
Park 80 Plaza West One
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201)-845-9423

Darren J. Robbins
Travis E. Downs
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Co-Lead Counsel for Plaintiffs*

Dated: November 25, 2008

/s/ William D. Wallach
William D. Wallach
Richard Hernandez
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

*Counsel for Defendants Medarex, Inc., Abhijeet J. Lele, Ronald Saldarini, Robert C. Dinerstein, and Nils Lonberg.*

Gandolfo V. DiBlasi
William J. Snipes
Lisa M. White
Qian A. Gao
SULLIVAN & CROMWELL LLP
125 Broad Street

|  |  |
|---|---|
|  | New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>*Counsel for Defendants Medarex, Inc., Abhijeet J. Lele, Ronald J. Saldarini, Robert C. Dinerstein, and Nils Lonberg* |
| Dated: November 25, 2008 | /s/ Norman C. Simon<br>Norman C. Simon<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 558-4000<br>Fax: (212) 715-9238<br><br>*Counsel for Defendant Michael A. Appelbaum* |
| Dated: November 25, 2008 | /s/ Karen E. Clarke<br>Karen E. Clarke<br>Margaret A. Dale<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, New York 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Counsel for Defendant Donald L. Drakeman* |
| Dated: November 25, 2008 | /s/ David A. Kotler<br>David A. Kotler<br>Robert J. Jossen<br>Michael J. Gilbert<br>DECHERT LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Suite 210<br>Lawrenceville, New Jersey 08648<br>Tel: (609) 620-3200<br>Fax: (609) 620-3259 |

*Counsel for Defendant Irwin Lerner*

Dated: November 25, 2008

/s/ Brian J. McMahon
Brian J. McMahon
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-0545

*Counsel for Defendant W. Bradford Middlekauff*

Carl H. Loewenson, Jr.
Matthew M. D'Amore
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Tel: (212) 468-8128
Fax: (212) 468-7900

*Counsel for Defendant W. Bradford Middlekauff*

Dated: November 25, 2008

/s/ Gregory B. Reilly
Gregory B. Reilly
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Tel: (973) 597-2500
Fax: (973) 597-2400

*Counsel for Defendant Christian S. Schade*

Daniel J. Kramer
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3020
Fax: (212) 492-0092

*Counsel for Defendant Christian S. Schade*

Dated: November 25, 2008

/s/ Liza M. Walsh
Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 535-0500
Fax: (973) 535-9217

*Counsel for Defendant Charles R. Schaller*

Benito Romano
WILKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
Tel: (212) 728-8258
Fax: (212) 728-9258

*Counsel for Defendant Charles R. Schaller*

Dated: November 25, 2008

/s/ William H. Trousdale
William H. Trousdale
TOMPKINS MCGUIRE
WACHENFELD & BARRY
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4070
Tel: (973) 623-7893
Fax: (973) 623-7780

*Counsel for Defendant Julius A. Vida*

Michael D. Trager
Richard L. Jacobson
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Fax: (202) 924-5999

*Counsel for Defendant Julius A. Vida*

\* \* \* \* \*

IT IS SO ORDERED

_____
THE HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT COURT JUDGE