# EXHIBIT B
## TO STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

TRUJILLO RODRIGUEZ & RICHARDS, LLC
258 Kings Highway, East
Haddonfield, NJ 08033
Telephone: (856) 795-9002

Liaison Counsel for Plaintiffs

| | |
|---|---|
| JAMES BLEVINS and ALBERT HALEGOUA, Derivatively on Behalf of Nominal Defendant MEDAREX, INC., <br><br>Plaintiff, <br><br>v. <br><br>MICHAEL A. APPELBAUM, RANDALL T. CURNOW, YASHWANT M. DEO, DONALD L. DRAKEMAN, LISA N. DRAKEMAN, PATRICIA M. DANZON, IRWIN LERNER, NILS LONBERG, W. BRADFORD MIDDLEKAUFF, RONALD J. SALDARINI, CHRISTIAN S. SCHADE, CHARLES R. SCHALLER, and JULIUS A. VIDA, <br><br>Defendants, <br><br>and <br><br>MEDAREX, INC., <br><br>Nominal Defendant. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: MERCER COUNTY <br><br>CASE NO.: MER-C-26-08 |

## AMENDED STIPULATION OF SETTLEMENT

1. This Amended Stipulation of Settlement (the "Amended Stipulation"), dated as of September 25, 2008 hereby incorporates in its entirety the Stipulation of Settlement dated August 28, 2008 ("Stipulation") that was recently filed with the Court.[1]

---

[1] The Amended Stipulation is being filed with consent of all parties.

2. The Amended Stipulation makes the following two changes to the Stipulation: (i) Defendants Robert C. Dinerstein and Abhijeet J. Lele are hereby added to the definition of "Defendants" and "Settling Defendants" as defined in Section I of the Stipulation; and (ii) Patricia Danzon is hereby removed from the definition of "Defendants" and "Settling Defendants" as defined in Section I of the Stipulation.

IN WITNESS WHEREOF, plaintiffs and Medarex have caused the Amended Stipulation to be executed, by their duly authorized attorneys, on September ___, 2008.

Dated: September 25, 2008

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP

*/s/ Michael C. Wagner*
Eric L. Zagar
Michael C. Wagner
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Lead Counsel for State Plaintiff*

Dated: September 25, 2008

TRUJILLO RODRIGUEZ & RICHARDS, LLC

*/s/ Lisa J. Rodriguez*
Lisa J. Rodriguez
258 Kings Highway, East
Haddonfield, NJ 08033
Tel: (856) 795-9002
Fax: (856) 795-9887

*Liaison Counsel for State Plaintiffs*

Dated: September 25, 2008

MCCARTER & ENGLISH LLP

2

William D. Wallach
Richard Hernandez
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070

*Counsel for Defendants Medarex, Inc.,
Abhijeet J. Lele, Ronald J. Saldarini, Robert C.
Dinerstein, Nils Lonberg, Randall Curnow and
Yashwant Deo.*

Gandolfo V. DiBlasi
William J. Snipes
Lisa M. White
Qian A. Gao
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

*Counsel for Defendants Medarex, Inc.,
Abhijeet J. Lele, Ronald J. Saldarini, Robert C.
Dinerstein, Nils Lonberg, Randall Curnow and
Yashwant Deo.*